**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 99-7268

———————————

KENNETH L. HENDERSON,

Petitioner - Appellant,

versus

RONALD F. MOATS; ATTORNEY GENERAL FOR THE
STATE OF MARYLAND,

Respondents - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-97-
635-L)

———————————

Submitted: February 24, 2000          Decided: March 1, 2000

———————————

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Kenneth L. Henderson, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, Baltimore, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth L. Henderson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Henderson v. Moats, No. CA-97-635-L (D. Md. Aug. 16, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED